UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DERRICK YOUNG,                                    CASE NO:   9:17cv81401

      Plaintiff,
vs.

RIC BRADSHAW, as Sheriff of
Palm Beach County, Florida,
in his official capacity,
RICHARD LOGSDON, in his
individual capacity, and
JASON NEBERGALL, in his
individual capacity,

      Defendants.
_____/

## NOTICE OF SELECTION OF MEDIATOR

**COMES NOW,** Plaintiff, **DERRICK YOUNG,** by and through undersigned counsel, and submits this Notice of Selection of Mediator. The parties have all agreed to the selection of **Patrick Massa, Esq., 1655 Palm Beach Lakes Boulevard, Suite 700 and Suite 710, West Palm Beach, Florida 33401** as the mediator in this cause.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 29, 2018, I electronically filed the foregoing document with the Clerk of Court and served same via the CM/ECF and email to Summer M. Barranco, Esq., Attorneys for Defendants Ric Bradshaw and Richard Logsdon, Purdy, Jolly, Giuffreda & Barranco, P.A., 2455 E. Sunrise Boulevard, Suite 1216 Fort Lauderdale, FL 33304, E-service: summer@purdylaw.com and melissa@purdylaw.com and James Orrin Williams, Jr., Esq. and Jessica R. Butler, Esq., Attorneys for Defendant Jason Nebergall, Williams Leininger & Cosby, 11300 U.S. Highway One, Suite 300, North Palm Beach, FL 33408, E-service: eService@wlclaw.com,  jwilliams@wlclaw.com, and  jbutler@wlclaw.com, and Patrick Massa, 1655 Palm Beach Lakes Boulevard, Suite 700 and Suite 710, West Palm Beach, Florida 33401, E-service: pat@matrixmediation.com and tamara@matrixmediation.com.

                Respectfully submitted,

                LAW OFFICE OF
                CHRISTOPHER A. HADDAD, P.A.

Derrick Young vs. Ric Bradshaw, Richard Logsdon, and Jason Nebergall
Notice of Selection of Mediator
Page 1 of 2

Attorney for Plaintiff
7301 S. Dixie Highway, Unit B
West Palm Beach, FL 33405
Phone: (561) 832-1126
Fax: (561) 832-1127
chris@chrishaddad.com and
pat@chrishaddad.com

/s/ Christopher A. Haddad\_\_\_\_\_
CHRISTOPHER A. HADDAD
Fla. Bar # 0879592

**Derrick Young vs. Ric Bradshaw, Richard Logsdon, and Jason Nebergall**
**Notice of Selection of Mediator**
**Page 2 of 2**